Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Brandon L. Pang
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 0 2 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>      v.<br><br>JORGE GARCIA,<br><br>                    Defendant. | INDICTMENT   4:24-CR-6027-MKD-1<br><br>Vios: 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi)<br>Possession with Intent to Distribute 40 Grams or More of Fentanyl<br>(Count 1)<br><br>18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of a Firearm<br>(Count 2)<br><br>21 U.S.C. § 853, 18 U.S.C. § 924, 28 U.S.C. § 2461<br>Forfeiture Allegations |

The Grand Jury charges:

COUNT 1

On or about April 24, 2024, in the Eastern District of Washington, the Defendant, JORGE GARCIA, knowingly possessed with intent to distribute 40

INDICTMENT – 1

grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

## COUNT 2

On or about April 24, 2024, in the Eastern District of Washington, the Defendant, JORGE GARCIA, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Smith and Wesson, .22 caliber revolver, bearing serial number CJZ4373, which firearm had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in Count 1 of this Indictment, the Defendant, JORGE GARCIA, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to

INDICTMENT – 2

facilitate the commission of the offense. The property to be forfeited includes, but is not limited to:

- a Smith and Wesson, .22 caliber revolver, bearing serial number CJZ4373; and loaded ammunition.

If any forfeitable property described above as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or
    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8), as set forth in Count 2 of this Indictment, Defendant, JORGE GARCIA, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

//

//

//

INDICTMENT – 3

- a Smith and Wesson, .22 caliber revolver, bearing serial number CJZ4373; and loaded ammunition.

DATED this 2 day of October 2024.

A TRUE BILL

*Vanessa Waldref*

Vanessa R. Waldref
United States Attorney

*Brandon Pang*

Brandon L. Pang
Assistant United States Attorney

INDICTMENT – 4